IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| SUNSET AVIATION, INC. | : Case No. 09-10778 (PJW)   Re: Doc. No. 86 |
| REGAL JETS, LLC | : Case No. 09-10648 (PJW)   Re: Doc. No. 132 |
| JETDIRECT AVIATION, INC. | : Case No. 09-11509 (PJW)   Re: Doc. No. 78 |
| | : |
| Debtors. | : |

**ORDER GRANTING TRUSTEE'S MOTION FOR ORDER SUBSTANTIVELY
CONSOLIDATING ESTATES OF REGAL JETS, LLC, SUNSET AVIATION, INC.,
AND JETDIRECT AVIATION, INC.**

Upon consideration of the Trustee's Motion for Order Substantively Consolidating Estates of Regal Jets, LLC, Sunset Aviation, Inc., and JetDirect Aviation, Inc., (the "Motion");[1] sufficient notice having been given; after due deliberation and it appearing that good cause exists, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

Further **ORDERED** that no findings are made with respect to the relationship among the Debtors on the one hand and JetDirect Aviation Holdings, LLC ("JetDirect Holdings"), a non-debtor, on the other hand, including without limitation with respect to the issue of separateness of JetDirect Holdings from the Debtors in all respects and whether same was disregarded, or whether the assets and liabilities of JetDirect Holdings were or are intertwined or comingled with those of the Debtors; and it is

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Trustee's Motion.

WILMINGTON\107610\7

Further **ORDERED** that all rights of Sovereign Bank ("Sovereign") and CML V, LLC ("CML"), secured creditors, to object to (i) the consolidation of JetDirect Holdings with any of the Debtors and (ii) any other assertions with respect to JetDirect Holdings, are expressly reserved and preserved; and it is

Further **ORDERED** that the findings with respect to the substantive consolidation, consolidation for procedural purposes and joint administration of the Debtors herein are made solely with respect to the Debtors for the purposes of facilitating the orderly liquidation of the Debtors in these proceedings; and it is

Further **ORDERED** that the bankruptcy estates of Regal Jets, LLC (Case No. 09-10648), Sunset Aviation, Inc. (Case No. 09-10778), and JetDirect Aviation, Inc. (Case No. 09-11509), are hereby substantively consolidated, and the Trustee shall administer the above-captioned cases as a single estate under Case No. 09-10778; and it is

Further **ORDERED** that the above-captioned cases are also consolidated for procedural purposes, and shall be jointly administered by the Court under Case No. 09-10778; and it is

Further **ORDERED** that the caption of the jointly administered cases shall now read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| SUNSET AVIATION, INC., *et al.*, | : Case No. 09-10778 (PJW) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

and it is

Further **ORDERED** that from the date of this Order forward, all filings in any of these cases shall be made on the docket of Case No. 09-10778; and it is

Further **ORDERED** that a docket entry shall be made in each of Debtors' cases substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the bankruptcy cases of Regal Jets, LLC, Sunset Aviation, Inc., and JetDirect Aviation, Inc. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 09-10778 (PJW).

Dated: This ___ day of _____ 2010

_____
Honorable Peter J. Walsh
United States Bankruptcy Judge